Case 7:24-cv-08222-KMK    Document 13    Filed 03/31/25    Page 1 of 2
Case 7:24-cv-08222-KMK    Document 13    Filed 03/31/25    Page 1 of 2

# Levy Ratner

*Attorneys*

| | | |
|---|---|---|
| Daniel J. Ratner | Dana E. Lossia* | Aleksandr L. Felstiner• |
| Pamela Jeffrey | Micah Wissinger | Jessica I. Apter* |
| Carl J. Levine* | Ryan J. Barbur | Maceo C. Torres-Trujillo |
| David Slutsky* | Laureve D. Blackstone* | Alexis S. Boyd |
| Allyson L. Belovin | Kimberly A. Lehmann* | Nikita J. Rumsey |
| | | Natalie A. Grieco |

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175
o  212.627.8100
f  212.627.8182
levyratner.com

March 26, 2025

**BY ELECTRONIC FILING**

Hon. Kenneth M. Karas
Hon. Charles L. Brieant Jr. Federal Building
  and Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  **Chuck Groves and New Rochelle School District (Case 7:24-cv-08222-KMK)**
     **Letter Motion Requesting Adjournment of Status Conference**

Dear Judge Karas:

This firm represents the Plaintiff in the above-mentioned case. I am filing this letter-motion to request an adjournment of the status conference recently scheduled in this matter for April 1, 2025 at 10:00 a.m, because I will be traveling for work next week and will be mid-flight at that time. This is the first request for an adjournment of the status conference.

Counsel for Defendants consents, and the parties respectfully propose the following dates and times for a rescheduled conference, if any of them are convenient for the Court: April 29, 10:00 a.m. – 1:00 p.m.; April 30, 10:00 a.m. – 4:00 p.m.; May 1, 9:30 a.m. – 5:00 p.m.; or May 2, 12:30 p.m. to 4:30 p.m.

1506-000-00002: 11530629

*Advancing the rights of everyone who works*   * Admitted in NY and NJ.   ▪ Admitted in NY, NJ and CA.   • Admitted in NY and CA

# Levy Ratner

Granted. The conference is adjourned to 5/6/25, at 11:00 via teleconference. So Ordered.

3/26/25

Very truly yours,

Jessica I. Apter